## Commonwealth *v.* Dixon, Appellant.

Argued

June 15, 1966. *Sydney Finkelstein,* for appellant; *Benjamin H. Levintow,* Assistant District Attorney, with him *Joseph M. Smith,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.